

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2013

No. 04-13-00851-CR

George **GALVAN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9427
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant has filed a notice of appeal, stating that he is appealing the denial of his written pre-trial motion pursuant to Texas Rule of Appellate Procedure 25.2(a)(2). The trial court's certification in this appeal states that this case "is a plea-bargain case, and the defendant has NO right of appeal." The clerk's record reflects that before entering into a plea-bargain agreement, appellant filed a motion to suppress, which was denied by the trial court. Appellant then timely filed a notice of appeal.

Texas Rule of Appellate Procedure 25.2(a)(2)(A) provides that in a plea-bargain case, a defendant may appeal those matters that were raised by written motion filed and ruled on before trial. TEX. R. APP. P. 25.2(a)(2)(A). Therefore, it appears that appellant has the right to appeal the denial of his motion to suppress, and the trial court's certification is defective. We, therefore, ORDER the trial court to file an amended certification correcting this defect within fifteen days from the date of this order. We also ORDER the trial court clerk to file a supplemental clerk's record containing the amended certification within twenty days from the date of this order.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2013.

_____
Keith E. Hottle
Clerk of Court